IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00023-ZLW

THE PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROBERT W. OGBURN, dba Judge,
O. JOHN KUENHOLD, dba Judge,
PETER L. COMAR, District Attorney,
PATTY SWIFT, dba Judge, and
MARTIN GONZALES, dba Judge,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 3 1 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF RECUSAL

Complainant Lawrence M. Jiron has filed *pro se* a document titled "Criminal Complaint, Summons and Complaint." Because it appears that Lawrence M. Jiron has sued me personally in Case Number 06CV5748, Ctrm: 18, filed in the District Court for the City and County of Denver, Colorado, I hereby recuse myself from considering this case and request that it be reassigned to another judge. Accordingly, it is

ORDERED that I hereby recuse myself from considering this case and that the clerk of the Court reassign this action to another judge.

DATED at Denver, Colorado, this 30 day of Jan., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cr-00023-ZLW

Lawrence Jiron
Prisoner No. 116040
Delta Correctional Center
4102 Sawmill Mesa Rd.
Delta, CO 81416

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/31/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk