IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00023-WYD

THE PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ROBERT W. OGBURN, dba Judge,
O. JOHN KUENHOLD, dba Judge,
PETER L. COMAR, District Attorney,
PATTY SWIFT, dba Judge, and
MARTIN GONZALES, dba Judge,

    Defendants.

## ORDER OF DISMISSAL

Lawrence M. Jiron has filed *pro se* a document titled "Criminal Complaint, Summons and Complaint." The complaint will be dismissed.

Mr. Jiron is attempting to initiate a federal criminal prosecution. He seeks to invoke the authority of United States attorneys under 28 U.S.C. § 547 to prosecute for offenses against the United States. He may not do so. Courts universally endorse the principle that private citizens cannot prosecute criminal actions. *See, e.g., Cok v. Cosentino*, 876 F.2d 1, 2 (1st Cir.1989) (per curiam); *Connecticut Action Now, Inc. v. Roberts Plating Co.*, 457 F.2d 81, 86-87 (2d Cir.1972) ("It is a truism, and has been for many decades, that in our federal system crimes are always prosecuted by the Federal Government, not as has sometimes been done in Anglo-American jurisdictions by private complaints."); *Winslow v. Romer*, 759 F. Supp. 670, 673 (D. Colo.1991)

("Private citizens generally have no standing to institute federal criminal proceedings."). Therefore, Mr. Jiron lacks standing to file a criminal complaint and maintain this criminal action. Accordingly, it is

ORDERED that the "Criminal Complaint, Summons and Complaint" is dismissed for lack of standing. It is

FURTHER ORDERED that the complaint and the action are dismissed.

Dated: February 1, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge